THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
EDWARD HOVEY.

(Argued October 2, 1883 ; decided October 9, 1883.)

THIS was an appeal from an order of General Term, which
affirmed an order of Special Term denying a motion for a new
trial on the ground of newly-discovered evidence.   On account
of the serious character of the case, the accused having been
convicted of murder in the first degree, without passing upon
the question as to whether an order denying such an applica-
tion in a criminal action is reviewable here, the court examined
the alleged newly-discovered evidence, and a majority agreed
in the conclusion of the General Term that " a case was not
made for the intervention of the court in granting a new trial."

*William F. Kintzing* and *Thomas F. Grady* for appellant.

*John Vincent* for respondent.

*Per Curiam* mem. for affirmance.

All concur, except RAPALLO, MILLER and FINCH, JJ., dissenting, the former reading a dissenting opinion.

Order affirmed.